Exhibit D

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALTADIS U.S.A. INC., a Delaware corporation; ALTADIS RETAIL CORPORATION, a Delaware corporation; CUBAN CIGAR BRANDS, N.V., a Netherlands Antilles corporation; and MAX ROHR, INC., a Delaware corporation,

    Plaintiffs,

vs.

TABACALERA CUBANA CORP., a Florida corporation, TABACALERA POPULAR CUBANA, INC., a Florida corporation, CUBAN REPLICA CIGAR CO., a partnership, proprietorship or other business entity, PEDRO F. GOMEZ, JOEL A. GOMEZ, EDEL GOMEZ, DAIN INMAN and LEO GUTIERREZ

    Defendants.
_____/

CASE NO.: 02-23124-CIV-UNGARO-BENAGES

Magistrate Judge Brown

## WRIT OF EXECUTION

THE STATE OF FLORIDA:

To The Marshall of the United States District Court
Southern District of Florida

YOU ARE COMMANDED to levy on the goods and chattels, equities of redemption in real and personal property, stock in corporations and other properties subject to execution of JOEL A. GOMEZ per that certain Final Judgment attached hereto as Exhibit "A", which was entered on November 26, 2003 by the United States District Court, Southern District of Florida, Case No.: 02-23124-CIV-UNGARO-BENAGES, and duly recorded in records Book 26289, Pages 0661 through 0665, of the Official Records Book of Miami-Dade County, Florida in the principal amount of $300,000.00, (in favor of Plaintiff, Max Rohr, Inc.), together with post-

judgment interest from November 26, 2003 at the statutory post judgment interest rate per year until the Final Judgment is paid in full, and to have this Writ before the Court when satisfied.

WITNESS my hand and seal of this Court on this ___7___ day of April, 2008.

        STEVEN M. LARIMORE
        **Steven M. Larimore**

        Clerk of the United States District Court
        Southern District of Florida

By: _____
        As Deputy Clerk

FILED BY:

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
Attorneys for Plaintiffs
Miami Center, Seventeenth Floor
201 So. Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: _____
        Jason S. Oletsky
        Florida Bar No. 0009301

**ADDRESS OF JUDGMENT DEBTOR:**

Joel A. Gomez
12745 S.W. 72 Terrace
Miami, FL 33183

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALTADIS U.S.A. INC., a Delaware corporation; ALTADIS RETAIL CORPORATION, a Delaware corporation; CUBAN CIGAR BRANDS, N.V., a Netherlands Antilles corporation; and MAX ROHR, INC., a Delaware corporation,

CASE NO.: 02-23124-CIV-UNGARO-BENAGES

Magistrate Judge Brown

    Plaintiffs,
vs.

TABACALERA CUBANA CORP., a Florida corporation, TABACALERA POPULAR CUBANA, INC., a Florida corporation, CUBAN REPLICA CIGAR CO., a partnership, proprietorship or other business entity, PEDRO F. GOMEZ, JOEL A. GOMEZ, EDEL GOMEZ, DAIN INMAN and LEO GUTIERREZ

    Defendants.
_____/

## WRIT OF EXECUTION

THE STATE OF FLORIDA:

To The Marshall of the United States District Court
Southern District of Florida

YOU ARE COMMANDED to levy on the goods and chattels, equities of redemption in real and personal property, stock in corporations and other properties subject to execution of TABACALERA POPULAR CUBANA, INC., per that certain Final Judgment attached hereto as Exhibit "A", which was entered on November 26, 2003 by the United States District Court, Southern District of Florida, Case No.: 02-23124-CIV-UNGARO-BENAGES, and duly recorded in records Book 26289, Pages 0661 through 0665, of the Official Records Book of Miami-Dade County, Florida in the principal amount of $300,000.00, (in favor of Plaintiff, Max Rohr, Inc.),

{Litigation\4564\0001\M0532601 v.1; 4/7/2008 10:38 AM}

together with post-judgment interest from November 26, 2003 at the statutory post judgment interest rate per year until the Final Judgment is paid in full, and to have this Writ before the Court when satisfied.

WITNESS my hand and seal of this Court on this 7 day of April, 2008.

STEVEN M. LARIMORE

*Steven M. Larimore*

Clerk of the United States District Court
Southern District of Florida

By: _____
As Deputy Clerk

FILED BY:

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
Attorneys for Plaintiffs
Miami Center, Seventeenth Floor
201 So. Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: _____
Jason S. Oletsky
Florida Bar No. 0009301

**ADDRESS OF JUDGMENT DEBTOR:**

Tabacalera Popular Cubana, Inc.
12745 S.W. 72 Terrace
Miami, FL 33183

{Litigation\4564\0001/M0532601 v.1; 3/28/2008 04:24 PM}

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALTADIS U.S.A. INC., a Delaware
corporation; ALTADIS RETAIL
CORPORATION, a Delaware
corporation; CUBAN CIGAR
BRANDS, N.V., a Netherlands
Antilles corporation; and MAX
ROHR, INC., a Delaware corporation,

CASE NO.: 02-23124-CIV-UNGARO-BENAGES

Magistrate Judge Brown

    Plaintiffs,
vs.

TABACALERA CUBANA CORP.,
a Florida corporation, TABACALERA
POPULAR CUBANA, INC., a
Florida corporation, CUBAN REPLICA
CIGAR CO., a partnership, proprietorship
or other business entity, PEDRO F.
GOMEZ, JOEL A. GOMEZ, EDEL GOMEZ,
DAIN INMAN and LEO GUTIERREZ

    Defendants.
_____/

## WRIT OF EXECUTION

THE STATE OF FLORIDA:

To The Marshall of the United States District Court
Southern District of Florida

YOU ARE COMMANDED to levy on the goods and chattels, equities of redemption in real and personal property, stock in corporations and other properties subject to execution of PEDRO F. GOMEZ per that certain Final Judgment attached hereto as Exhibit "A", which was entered on November 26, 2003 by the United States District Court, Southern District of Florida, Case No.: 02-23124-CIV-UNGARO-BENAGES, and duly recorded in records Book 26289, Pages 0661 through 0665, of the Official Records Book of Miami-Dade County, Florida in the principal amount of $300,000.00, (in favor of Plaintiff, Max Rohr, Inc.), together with post-

judgment interest from November 26, 2003 at the statutory post judgment interest rate per year until the Final Judgment is paid in full, and to have this Writ before the Court when satisfied.

WITNESS my hand and seal of this Court on this ___ day of April, 2008.

STEVEN M. LARIMORE
**Steven M. Larimore**

_____
Clerk of the United States District Court
Southern District of Florida

By: _____
As Deputy Clerk

FILED BY:

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
Attorneys for Plaintiffs
Miami Center, Seventeenth Floor
201 So. Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428


By: _____
Jason S. Oletsky
Florida Bar No. 0009301

**ADDRESS OF JUDGMENT DEBTOR:**

Pedro F. Gomez
12745 S.W. 72 Terrace
Miami, FL 33183

{Litigation\4564\0001/M0532607 v.1; 3/28/2008 04:28 PM}

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALTADIS U.S.A. INC., a Delaware corporation; ALTADIS RETAIL CORPORATION, a Delaware corporation; CUBAN CIGAR BRANDS, N.V., a Netherlands Antilles corporation; and MAX ROHR, INC., a Delaware corporation,

    Plaintiffs,
vs.

TABACALERA CUBANA CORP., a Florida corporation, TABACALERA POPULAR CUBANA, INC., a Florida corporation, CUBAN REPLICA CIGAR CO., a partnership, proprietorship or other business entity, PEDRO F. GOMEZ, JOEL A. GOMEZ, EDEL GOMEZ, DAIN INMAN and LEO GUTIERREZ

    Defendants.
_____/

CASE NO.: 02-23124-CIV-UNGARO-BENAGES

Magistrate Judge Brown

## WRIT OF EXECUTION

THE STATE OF FLORIDA:

To The Marshall of the United States District Court
Southern District of Florida

YOU ARE COMMANDED to levy on the goods and chattels, equities of redemption in real and personal property, stock in corporations and other properties subject to execution of EDEL GOMEZ per that certain Final Judgment attached hereto as Exhibit "A", which was entered on November 26, 2003 by the United States District Court, Southern District of Florida, Case No.: 02-23124-CIV-UNGARO-BENAGES, and duly recorded in records Book 26289, Pages 0661 through 0665, of the Official Records Book of Miami-Dade County, Florida in the principal amount of $300,000.00, (in favor of Plaintiff, Max Rohr, Inc.), together with post-

judgment interest from November 26, 2003 at the statutory post judgment interest rate per year until the Final Judgment is paid in full, and to have this Writ before the Court when satisfied.

WITNESS my hand and seal of this Court on this ____ day of April, 2008.

STEVEN M. LARIMORE

*Steven M. Larimore*

Clerk of the United States District Court
Southern District of Florida

By: _____
As Deputy Clerk

FILED BY:

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
Attorneys for Plaintiffs
Miami Center, Seventeenth Floor
201 So. Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: _____
Jason S. Oblasky
Florida Bar No. 0009301

**ADDRESS OF JUDGMENT DEBTOR:**

Edel Gomez
12745 S.W. 72 Terrace
Miami, FL 33183

{Litigation\4564\0001/M0532604 v.1; 3/28/2008 04:26 PM}

2