Exhibit F

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALTADIS U.S.A. INC., a Delaware
corporation; ALTADIS RETAIL
CORPORATION, a Delaware
corporation; CUBAN CIGAR
BRANDS, N.V., a Netherlands
Antilles corporation; and MAX
ROHR, INC., a Delaware corporation,

CASE NO.: 02-23124-CIV-UNGARO-BENAGES

    Plaintiffs,

vs.

TABACALERA CUBANA CORP.,
a Florida corporation, TABACALERA
POPULAR CUBANA, INC., a
Florida corporation, CUBAN REPLICA
CIGAR CO., a partnership, proprietorship
or other business entity, PEDRO F.
GOMEZ, JOEL A. GOMEZ, EDEL GOMEZ,
DAIN INMAN and LEO GUTIERREZ

    Defendants.
_____/

## ORDER *GRANTING* MOTION FOR PROCEEDINGS SUPPLEMENTARY

**THIS CAUSE** came before the Court on Plaintiffs/Judgment Creditors, CUBAN CIGAR BRANDS, N.V. ("CCB") and MAX ROHR, INC."s ("Max Rohr") (collectively, the "Judgment Creditors") Motion for Proceedings Supplementary (the "Motion"). Having reviewed the papers and pleadings, and being otherwise fully informed, it is:

**ORDERED AND ADJUDGED** that:

1.    The Motion is **GRANTED.** Judgment Creditors shall be permitted to proceed supplementary against Defendants, Tabacalera Cubana Corp. ("Tabacalera"), Tabacalera Popular Cubana, Inc. ("Popular"), Cuban Replica Cigar Co. ("Replica"), Pedro F. Gomez ("Pedro"), Joel A. Gomez ("Joel") and Edel Gomez ("Edel") (collectively, the "Judgment Debtors").

2.      Pursuant to Fed. R. Civ. P. 69(a) and Fla. Stat. § 56.29(2), the Judgment Debtors are hereby ordered to appear before Magistrate _____ on _____ at _____ to be examined under oath concerning their assets, and to show cause why the following trademarks, trademark registrations, and the inventory and goodwill associated therewith shall not be seized by the United States Marshall and sold at judicial auction to be applied toward the satisfaction of the November 26, 2003 Final Judgment against the Judgment Debtors:

   a. "POPULAR" trademark and U.S. Registration No. 3,149,225, issued by the U.S. Patent and Trademark Office on September 26, 2006;

   b. "TABACALERA CUBANA CUBA 1913 REAL FABRICA DE TABACOS TABACALERA POPULAR CUBANA and Design" trademark and U.S. Registration No. 2,509,096 issued by the U.S. Patent and Trademark Office on Novemeber 20, 2001; and

   c. "POPULAR and Design" trademark and U.S. Registration No. 3,409,586 issued by the U.S. Patent and Trademark Office on April 8, 2008.

3.      Pursuant to Fla. Stat. § 56.29(11), the Court reserves jurisdiction to tax costs, as well as all incidental costs determined to be reasonable and just, including, but not limited to docketing the execution, Marshall's service fees, and court reporter's fees, and reasonable attorneys' fees against the Defendant/Judgment Debtors.

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Miami, Florida on this ____ day of _____, 2008.

_____
United States District Court Judge

Copies furnished to:

Counsel of Record

Tabacalera Popular Cubana, Inc.
12745 SW 72nd Terrace
Miami, FL 33183

{Litigation\4564\0001\M0535799 v.1; 4/10/2008 10:43 AM}      -2-

Pedro F. Gomez
12745 SW 72nd Terrace
Miami, FL 33183

Joel A. Gomez
619 SW 28th Terrace
Cape Coral, FL 33914

Edel Gomez
619 SW 28th Terrace
Cape Coral, FL 33914